JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
DEREK A. BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-62  AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING & PROPOSED ORDER** |
| vs. | |
| DEREK A. BROWN and BRIAN T. SCHAUB, | **Date:  August 18, 2014** **Time: 10:00 a.m.** |
| Defendant | |

The Defendants, DEREK BROWN and BRIAN SCHAUB, by and through their attorneys of record, Jared M. Thompson and David A. Torres, and the United States of America, by and through its attorney of record, MICHAEL TIERNEY, hereby stipulate as follows:

1. The sentencing hearing in this matter is currently set for August 18, 2014 at 10:00 a.m.

2. The defense is seeking a continuance of the sentencing hearing due to a calendar conflict on August 18, 2014, as well as, for the defendants to be able to make a substantial payment towards restitution in this case.  The defense is requesting September 8, 2014, at 10:00 a.m. for the new sentencing hearing.

3. On August 18, 2014, defense counsel Mr. Thompson has a preliminary hearing set in Ventura County, CA, in the matter of People v. Christopher Goldberg, Case No. 2013032347.  This hearing was set prior to the current sentencing hearing date in the present matter.  In addition, Mr. Thompson was unable to appear at the last preliminary hearing date in the Goldberg matter due to the fact he was engaged in a jury trial.

4. Mr. Brown and Mr. Schaub are working feverishly to put together a substantial payment towards restitution prior to the sentencing hearing.  The additional time will allow them to make a larger payment towards restitution.

5. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  August 8, 2014 | The Law Office of Kyle J. Humphrey |
| | By: /s/  Jared M. Thompson<br>Jared M. Thompson<br>Attorney for Defendant<br>Derek A. Brown |
| DATED:  August 8, 2014 | The Law Office of David A. Torres |
| | By: /s/  David A. Torres<br>Jared M. Thompson<br>Attorney for Defendant<br>Bryan T. Schaub |
| DATED:  August 8, 2014 | United States Attorney's Office |
| | By: /s/ Michael Tierney<br>Michael Tierney<br>Assistant United States Attorney |

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Brown and Mr. Schaub's sentencing hearing date, currently set on August 18, 2014, at 10:00 a.m., be continued to September 8, 2014, at 10:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   August 8, 2014                                     _____
                                                                          SENIOR DISTRICT JUDGE