| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MICHAEL G. TIERNEY |
| | DAWRENCE W. RICE |
| 3 | Assistant U.S. Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 1:14-CR-00062-LJO |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| DEREK A. BROWN, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael G. Tierney and Dawrence W. Rice, Assistant United States Attorneys, hereby moves to dismiss the Violation Petition filed on March 17, 2017 (Doc. 31) against defendant DEREK A. BROWN. During a status conference on May 24, 2017 before Magistrate Judge Oberto, the Government, the United Sates Probation Office, and the defense agreed that defendant was in compliance with the terms of his supervised release and that no violation would be pursued.

DATED: May 31, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
DAWRENCE W. RICE
Assistant U.S. Attorneys

1

USA v. Brown
Case No. 1:14-CR-00062-LJO

# **O R D E R**

IT IS HEREBY ORDERED that the Violation Petition filed in Case Number 1:14-CR-00062-LJO against DEREK A. BROWN be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: **June 3, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE